IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUSTIN L. BURRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-345-KAJ |
| | ) | |
| STANLEY TAYLOR, Commissioner of the Delaware Department of Correction, and M. JANE BRADY, Attorney General of the State of Delaware, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

At Wilmington, this 12th day of December, 2005, consistent with the Memorandum Opinion issued this same day;

IT IS HEREBY ORDERED that:

1. Petitioner Justin L. Burrell's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I.1.)

2. The Court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).



UNITED STATES DISTRICT JUDGE